UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NEW HAMPSHIRE<br><br>**Plaintiff,**<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION<br><br>**Defendant.** | Case No.: 1:19-cv-977-LM |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

In light of Defendant's new production of I-213s pursuant to the administrative appeal, IT IS HEREBY STIPULATED AND AGREED by and between the parties that all Plaintiff's claims against Defendant are voluntarily dismissed without prejudice and without costs pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

The parties request that the Clerk of Court now close this case.

Dated: January 6, 2023

Respectfully submitted,

THE AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NEW HAMPSHIRE,

*/s/ Gilles R. Bissonnette*
Gilles R. Bissonnette (N.H. Bar. No. 265393)
SangYeob Kim (N.H. Bar No. 266657)
Henry R. Klementowicz (N.H. Bar No. 21177)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE
NEW HAMPSHIRE IMMIGRANTS' RIGHTS PROJECT
18 Low Avenue
Concord, NH  03301
Tel.:  603.224.5591
gilles@aclu-nh.org
sangyeob@aclu-nh.org
henry@aclu-nh.org

JANE E. YOUNG
United States Attorney,

*/s/ Michael McCormack*
Michael McCormack (N.H. Bar. No. 16470)
Assistant U.S. Attorney
53 Pleasant Street
Concord, NH 03301
Tel.: 603.225.1552
michael.mccormack2@usdoj.gov

2